[This opinion has been published in *Ohio Official Reports* at 74 Ohio St.3d 1211.]

**DIXON, ADMR., APPELLANT, *v.* GENERAL MOTORS CORPORATION, APPELLEE.**

**[Cite as *Dixon v. Gen. Motors Corp.*, 1995-Ohio-263.]**

*Appeal dismissed as improvidently allowed.*

(No. 94-1557—Submitted October 25, 1995 at the Van Wert Session—Decided November 29, 1995.)

APPEAL from the Court of Appeals for Defiance County, No. 4-94-1.

_____

*Williams, Jilek, Lafferty & Gallagher Co., L.P.A., Robert M. Scott* and *Susan M. Mesner*, for appellant.

*Jones, Day, Reavis & Pogue, James E. Young, Anne Owings Ford* and *Karen Kazel Poulos*, for appellee.

_____

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., CONCUR.

_____